

June 2, 2023

**Rafael Rivera**
Direct Phone   212-453-3879
Direct Fax       646-588-1372
rafaelrivera@cozen.com

**VIA ECF**

Honorable Colleen McMahon
U.S. District Court,
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

>    Re:   *StarStone Specialty Insurance Company v. Cogut, et al.*
>          Case No. 23-cv-04518-CM

Dear Judge McMahon:

This firm represents Plaintiff StarStone Specialty Insurance Company ("StarStone") with respect to the above-referenced matter, which was recently filed. We write with the consent of Defendants' counsel, who is copied here.

The parties have reached a settlement in principle. However, there is concern that the complaint and exhibits at ECF Nos. 1 & 4 contain confidential information. Accordingly, StarStone requested a temporary seal, which was put in place by the S.D.N.Y. Helpdesk on June 1, 2023. Pursuant to ECF Filing Rule 21.7, StarStone hereby requests that the complaint and exhibits at ECF Nos. 1 & 4 be formally sealed by the Court. The Parties request that the formal seal be in effect for 30 days, and that, once the Parties file a stipulation of dismissal with this Court, the complaints and exhibits at ECF Nos. 1 & 4 be permanently sealed and not publicly accessible.

We are available to discuss this matter at the Court's convenience.

Sincerely,

COZEN O'CONNOR

/s/ *Rafael Rivera, Jr.*

cc (via email):        Adam Ziffer (aziffer@cohenziffer.com)
                       *Counsel for Defendants*